UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------------------------------------X
CAMILLA WADE-WEST

        Plaintiff,                  DOCKET NO.:

    v.

DIVERSIFIED MAINTENANCE SYSTEMS, LLC

        Defendant,
----------------------------------------------------------------X

## NOTICE OF REMOVAL

Defendant, Diversified Maintenance Systems, LLC hereby files this Notice of Removal of the above described action to the United States District Court for the District of Connecticut from the State of Connecticut Superior Court in and for the Judicial District of Fairfield at Bridgeport, where the action is now pending as provided by Title 28 U.S. Code, Chapter 89 and states:

1.    This cause was commenced in the Superior Court of the State of Connecticut by the filing of a Complaint on August 9, 2022. The Complaint names  Diversified Maintenance Systems, LLC as a defendant.  Plaintiff Camilla Wade-West  resides at 223 Judd Street in Fairfield, Connecticut 06825 and is, presumably, a citizen of the State of Connecticut.

2.    The action is a civil action for personal injuries and the United States District Court for the District of Connecticut has original jurisdiction pursuant to 28 U.S.C. §1332 by reason of: (1) the diversity of citizenship of the parties; and (2) upon information and belief, the matter in dispute exceeds the sum of seventy-five thousand dollars, exclusive of interest and costs.

3.      Defendant Diversified Maintenance Systems, LLC is a Delaware Limited Liability Company with its principal place of business in Tampa, Florida.  The sole member of Diversified Maintenance Systems, LLC is DMS Parent, LLC, a Delaware Limited Liability Company with its principal place of business in the State of Florida.  None of the unit holders of DMS Parent, LLC were citizens of the State of Connecticut at the time this action was commenced, nor are they currently citizens of the State of Connecticut.

4.      A copy of all process, pleadings, and orders served upon the Defendant has been filed with this notice, annexed hereto as Exhibit "A".

5.      In accordance with 28 U.S.C. § 1446(b)(3), this Notice of Removal is filed within 30 days after learning that the amount in controversy is over $75,000.

6.      Based upon the facts set forth above, this Notice of Removal is timely under 28 U.S.C. § 1446(b).

7.      The Plaintiff will be given written notice of the filing of this notice as required by 28 U.S.C.A. § 1446(d).

8.      A copy of this notice will be filed with the clerk of said Superior Court within and for the Judicial District of Fairfield at  Bridgeport as required by 28 U.S.C.A. § 1446(d).

**WHEREFORE**, Defendant request that this action proceed in this Court as an action properly removed to it.

Dated: New York, New York
          September 22, 2022

Respectfully submitted,

**RUTHERFORD & CHRISTIE,** LLP

By: *s:/ David S. Rutherford*
David S. Rutherford, Esq.
Attorneys for Defendants
Rutherford & Christie, LLP
800 Third Avenue, 9th Floor
New York, NY 10022
(212) 599-5799

TO:   Kennedy Johnson Schwab & Roberge, LLC
Attorneys for Plaintiff
555 Long Wharf Drive, 13th Floor
New Haven, CT 06511
(203) 865-8430
Attn.: Brendan K. Nelligan, Esq.